UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LOUIS J. BRADFORD, ET AL. | CIVIL ACTION NO. 06-1147 |
| versus | JUDGE HICKS |
| CELLXION, L.L.C., ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Plaintiff's Motion for Contempt (Doc. 32) is denied. Mr. Luck is not a party to this lawsuit and, therefore, his presence at a deposition must be commanded by a subpoena personally served upon him in accordance with Federal Rule of Civil Procedure 45. Plaintiff failed to properly serve Mr. Luck with the subpoena. Instead, Plaintiff's process server left the subpoena at Cellxion's guard shack. Rule 45 requires personal service, and Plaintiff's actions do not comport with that rule. If Plaintiff wishes to depose Mr. Luck, he must have Mr. Luck personally served with a subpoena and deliver to Mr. Luck the appropriate witness fees and mileage.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 17 day of May, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE